IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CANTRELL HILL,                          *

    Petitioner                          *

vs.                                      *

                                        CASE NO. 4:11-CV-08 (CDL)

CARL HUMPHREY, Warden,                   *

    Respondent                          *

<u>ORDER ON RECOMMENDATION OF DISMISSAL</u>

This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on January 28, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

Petitioner has also filed a Motion to Set Aside the Judgment. To the extent that Petitioner seeks to set aside a judgment of this Court, his motion is denied because no judgment was pending in this Court at the time he filed his motion. To the extent that he seeks to have this Court set aside his state court conviction, the motion is denied for the reasons stated in the Magistrate Judge's Report and Recommendation, which the Court adopts today.

The Court also finds that Petitioner has not made a substantial showing of the denial of any constitutional right and therefore declines to issue a certificate of appealability.

IT IS SO ORDERED, this 10th day of March, 2011.

                                                  s/Clay D. Land  
                                                  CLAY D. LAND  
                                                  UNITED STATES DISTRICT JUDGE